### IN THE UNITED STATES FEDERAL DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS - AUSTIN DIVISION

| | |
|---|---|
| MATTHEW McDERMOTT, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>PRINT HOLDINGS LLC,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　)  | 1:21-cv-01137<br><br>(LY) (DMH) |

### FIRST STIPULATED REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND

The undersigned does by this document states that Counsel for Plaintiff and Defendant have conferred and that the parties are exploring a negotiated resolution and that additional time will be necessary to conduct such a resolution.

Accordingly, Counsel for the parties each hereby respectfully request a FIRST EXTENSION of time up to and including **February 2, 2022**, or until such other time as the Court shall order for Defendant to Answer or otherwise Respond. This is the First Request for an extension of time.

　　　　　　　　　　　　　　　　　　　　　SO ORDERED _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　USDJ

Dated: December 30, 2021

Respectfully submitted,

| | |
|---|---|
| **THE MARTINEZ GROUP PLLC** | **SANDERS LAW GROUP** |
| By: /s/ Frank J. Martinez_____ | By: /s/ Craig B. Sanders_____ |
| 　　　Frank J. Martinez, Esq. | 　　　Craig B. Sanders, Esq. |
| 　　　*Attorneys for Defendant* | 　　　*Attorneys for Plaintiff* |
| 　　　*Print Holdings LLC* | 　　　*Matthew McDermott* |
| 　　　Docket No.: 1788-10 | 　　　File No.: 123622 |

{00031503 v.1}

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, First Stipulated Request for Extension of Time to Answer or otherwise Respond was served on Craig B. Sanders on December 30, 2021, by electronic mail only to:

Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorney for Defendant*

Date: December 30, 2021                    By:     /s/ Frank J. Martinez
                                                    Frank J. Martinez, Esq.